UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 07mj8879 |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| PERLA MASIEL LEON-ESTRADA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  November 1, 2007                                              */s/ Robert H. Rexrode, III*
                                                                                        ROBERT H. REXRODE, III
                                                                                        Federal Defenders
                                                                                        225 Broadway, Suite 900
                                                                                        San Diego, CA 92101-5030
                                                                                        (619) 234-8467  (tel)
                                                                                        (619) 687-2666  (fax)
                                                                                        robert_rexrode@fd.org