

FILED

NOV 2 7 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _07CR3201-BEN_ |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| PERLA MASIEL LEON-ESTRADA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 27, 2007, within the Southern District of California, defendant PERLA MASIEL LEON-ESTRADA, did knowingly and intentionally import approximately 47.95 kilograms (approximately 105.49 pounds) of Marijuana (net weight), a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: _November 27, 2007_ .

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:jam:Imperial
11/27/07